IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATION ENGINEERS, et al.,<br><br>        Plaintiffs,<br><br> v.<br><br>YUBACON, INC., et al.,<br><br>        Defendants. | Case No. 4:12-cv-04738 DMR (NC)<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br>Re: Dkt. 43 |

The Court GRANTS the stipulated request to continue the September 3 settlement conference, and reschedules it to 1:30 p.m. on October 8, 2013. Parties must submit settlement conference statements by October 1. The stipulation asserts that the request is made in part "for the sake of judicial economy." On that note, the Court comments that by waiting until six days before the conference to request a continuance, the parties have effectively prevented other parties from scheduling a settlement conference on that same day. The Court will consider with disfavor any further continuance requests and expects that the parties and their counsel will attend the October 8 conference fully prepared to discuss settlement.

**IT IS SO ORDERED.**

Dated: August 27, 2013

                                                                 NATHANAEL COUSINS
                                                                  United States Magistrate Judge