UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN,<br><br>   Plaintiff(s),<br><br>  v.<br><br>YUBACON INC,<br><br>   Defendant(s).<br>_____/ | No. C-12-04738 DMR<br><br>**ORDER RE PROPOSED PROTECTIVE ORDER** |

  Before the court is the parties' stipulated proposed Protective Order. [Docket No. 53.] The parties are ordered to revise the proposed Protective Order to comply with the procedures in this court's Standing Order re Discovery, including modifying Section 6.3 to track the procedures in the Standing Order, by no later than **December 3, 2013**.

  IT IS SO ORDERED.

Dated: November 18, 2013

_____
DONNA M. RYU
United States Magistrate Judge