1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PENSION PLAN,

          Plaintiff(s),

     v.

YUBACON INC,

          Defendant(s).

_____/

No. C-12-04738 DMR

**ORDER TO SUBMIT SUPPLEMENTAL BRIEFING RE MOTION TO WITHDRAW**

On February 12, 2014, counsel for Defendants AM Pacific Engineering, Inc. and MV2 Engineering, Inc. moved for permission to withdraw as counsel for Defendants in this action. [Docket No. 63.]   Pursuant to local rules, the deadline for any opposition to the motion was February 27, 2014.   No opposition was filed.

The court is concerned about the ramifications of permitting counsel to withdraw so close to trial, which is set for June 23, 2014.  [Docket No. 39.]  Further, as Defendants are not natural persons, they may only appear in this Court through counsel. *See* N.D. Cal. Civ. L.R. 3-9(b) ("[a] corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court.").  Counsel for Defendants did not address these issues in its motion to withdraw.  Accordingly, by no later than **March 17, 2014**, the parties shall submit

1  supplemental briefing addressing these issues, including identifying the individual or individuals

2  who will represent Defendants in this action in compliance with Local Rule 3-9(b).

3

4       IT IS SO ORDERED.

5

6  Dated:  March 7, 2014

7

8

9



_____
DONNA M. RYU
United States Magistrate Judge

**United States District Court**
For the Northern District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28