UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN, | No. C-12-04738 DMR |
| Plaintiff(s), | **ORDER TO SUBMIT JOINT STATEMENT OF UNDISPUTED FACTS** |
| v. | |
| YUBACON INC, | |
| Defendant(s). | |

On March 6, 2014, Plaintiffs Pension Fund for Pension Trust Fund for Operating Engineers, *et al.* filed a motion for summary judgment. [Docket No. 65.] In their motion, Plaintiffs noted that they did not file a joint statement of material facts as required by the court's Standing Order in light of defense counsel's pending motion to withdraw as counsel. (Pls.' Mot. 3.) However, the court has not ruled on the motion to withdraw, and it has not relieved any party of the requirements set forth in its Standing Order. Accordingly, **the parties are hereby ordered to file a joint statement of undisputed facts** in compliance with the court's Standing Order by no later than the deadline for Defendants to file their opposition to Plaintiffs' motion.

The deadline for Defendants to file an opposition to Plaintiffs' motion is hereby continued to **March 25, 2014.** Any reply is due by **March 31, 2014.** Failure to comply with this order may result in sanctions.

IT IS SO ORDERED.

Dated: March 10, 2014

_____
DONNA M. RYU
United States Magistrate Judge

