United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN, | No. C-12-04738 DMR |
| Plaintiff(s), | **ORDER TO SUBMIT STATUS REPORT** |
| v. | |
| YUBACON INC, | |
| Defendant(s). | |

The Clerk entered default as to Defendants AM Pacific Engineering, Inc. and MV2 Energy Inc. on May 9, 2014. By no later than August 22, 2014, Plaintiff is ordered to submit a report regarding the status of this case.

IT IS SO ORDERED.

Dated: August 13, 2014

DONNA M. RYU
United States Magistrate Judge