United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN,<br><br>    Plaintiff(s),<br><br>    v.<br><br>YUBACON INC,<br><br>    Defendant(s).<br>_____/ | No. C-12-04738 DMR<br><br>**ORDER TO SUBMIT SUPPLEMENTAL BRIEFING IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT [DOCKET NO. 77]** |

On August 21, 2014, Plaintiffs filed a motion for default judgment as to Defendants AM Pacific Engineering, Inc. and MV2 Energy, Inc., which is set for hearing on October 9, 2014 [Docket No. 77.] Having reviewed that motion, the court orders Plaintiffs to submit a more detailed accounting sufficient to support Plaintiffs' requested award of reasonable attorneys' fees for litigating this action, such that the court may determine whether the time spent was "excessive, redundant, or otherwise unnecessary." *Hensley v. Eckerhart*, 461 U.S. 424, 434 (1983); *see also* N.D. Cal. Civ. L.R. 54-5. Such briefing shall be filed by no later than **October 9, 2014.**

**Immediately upon receipt of this Order, Plaintiffs shall serve Defendants with a copy of this Order and file a proof of service with the court. Plaintiffs shall also serve Defendants with the requested briefing and file a proof of service with the court.**

IT IS SO ORDERED.

Dated:  September 26, 2014



_____
DONNA M. RYU
United States Magistrate Judge