UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PENSION PLAN,

        Plaintiff(s),

    v.

YUBACON INC,

        Defendant(s).
_____/

No. C-12-04738 DMR

**ORDER REGARDING SUBMISSION OF SUPPLEMENTAL BRIEFING IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT [DOCKET NO. 77]**

On September 26, 2014, the court issued an order directing Plaintiffs to submit additional information in support of their motion for default judgment as to Defendants AM Pacific Engineering, Inc. and MV2 Energy, Inc., which is set for hearing on October 9, 2014 [Docket No. 86.] The court ordered Plaintiffs to submit the additional information by October 9, 2014. The court hereby orders Plaintiffs to submit the information by no later than **8:30 a.m. on October 9, 2014** so that the court has an opportunity to review it before the hearing on that day.

IT IS SO ORDERED.

Dated: October 3, 2014

_____
DONNA M. RYU
United States Magistrate Judge

